IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br>*Be Incorporated v. Microsoft Corp.*<br><br>Civil Action No. C-02-0837<br>*(N.D. Cal.)*<br><br>Civil Action No. 1:02CV02738 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE OF
## MICROSOFT CORPORATION'S MOTION TO COMPEL
## BE INCORPORATED TO PRODUCE SERVER DOCUMENTS

Pursuant to Local Rule 104.8(a), Microsoft hereby gives notice that, on April 17, 2003, counsel for Be Incorporated was served with the following:

- Microsoft Corporation's Motion to Compel Be Incorporated to Produce Server Documents;

- Memorandum in Support of Microsoft Corporation's Motion to Compel Be Incorporated to Produce Server Documents; and

- Declaration of Brendan T. Mangan in Support of Microsoft Corporation's Motion to Compel Be Incorporated to Produce Server Documents.

/
/
/
/

A certificate of service is attached hereto.

DATED this 17th day of April, 2003.

| | |
|---|---|
| Thomas W. Burt<br>Richard J. Wallis<br>Richard H. Sauer<br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052<br>Telephone: (425) 706-8080<br>Fax: (425) 706-7329 | Robert A. Rosenfeld<br>Michael J. Shepard<br>Heller Ehrman White & McAuliffe LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Fax: (415) 772-6268 |
| David B. Tulchin<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 | _/s/ Brendan T. Mangan_<br>Brendan T. Mangan<br>Heller Ehrman White & McAuliffe LLP<br>701 Fifth Avenue<br>Seattle, WA 98104<br>Telephone: (206) 447-0900<br>Fax: (206) 447-0849 |

SE 527446 v1
4/17/03 2:59 PM (36548.0010)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br>*Be Incorporated v. Microsoft Corp.*<br><br>Civil Action No. C-02-0837<br>*(N.D. Cal.)*<br><br>Civil Action No. 1:02CV02738 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**DECLARATION OF SERVICE**

I, Kristine Dippold, declare as follows:

I am employed in Seattle, King County, Washington; I am over the age of 18 years and not a party to this action. On April 17, 2003, I served the following documents and this Declaration of Service:

- Notice of Service of Microsoft Corporation's Motion to Compel Be Incorporated to Produce Server Documents

- Microsoft Corporation's Motion to Compel Be Incorporated to Produce Server Documents;

- Memorandum in Support of Microsoft Corporation's Motion to Compel Be Incorporated to Produce Server Documents; and

- Declaration of Brendan T. Mangan in Support of Microsoft Corporation's Motion to Compel Be Incorporated to Produce Server Documents.

The above documents were served upon the following attorneys in the manner set forth below:

Via Hand-Delivery:

Ian Crosby
Susman Godfrey LLP
1201 3rd Avenue, Suite 3100
Seattle, WA 98101

Via U.S. Mail:

Stanley M. Chesley
Waite, Schneider, Bayless; Chesley, L.P.A.
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Via U.S. Mail:

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, L.L.C.P.
1100 New York Avenue NW
West Tower, Suite 599
Washington, DC 20005-3964

Via U.S. Mail:

James P. Ulwick
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 17 day of April, 2003.

Kristine Dippold