IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document relates to:<br>*Be Incorporated v.*<br>*Microsoft Corp.,*<br><br>Civil Action No. C-02-0837<br>(N.D. Cal.) | MDL Docket No. 1332<br>D. Md. Docket No. JFM-02-2738<br>Hon. J. Frederick Motz |

**NOTICE OF SERVICE OF BE'S MOTION TO COMPEL MICROSOFT TO SEARCH EMPLOYEE FILES, EXPLAIN THE ORGANIZATIONAL SCHEME OF ITS PRODUCTION, DISCLOSE DOCUMENT SEARCH TERMS, AND RESPOND TO INTERROGATORIES.**

Pursuant to Local Rule 104.8(a), Be Inc. provides notice that on May 21, 2003, counsel for Microsoft was served with copies of the following papers:

a. Notice of Service of Be Inc.'s Motion to Compel Microsoft to Search Employee Files, Explain the Organizational Scheme of its Production, Disclose Document Search Terms, and Respond to Interrogatories;

b. Be Inc.'s Motion to Compel Microsoft to Search Employee Files, Explain the Organizational Scheme of its Production, Disclose Document Search Terms, and Respond to Interrogatories;

c. Memorandum in support of Be Inc.'s Motion to Compel Microsoft to Search Employee Files, Explain the Organizational Scheme of its Production, Disclose Document Search Terms, and Respond to Interrogatories;

d. Declaration of Edgar Sargent in support of Be Inc.'s Motion to Compel Microsoft to Search Employee Files, Explain the Organizational Scheme of its Production, Disclose Document Search Terms, and Respond to Interrogatories;

e. Proposed Order granting Be Inc.'s Motion to Compel Microsoft to Search Employee Files, Explain the Organizational Scheme of its Production, Disclose Document Search

Terms, and Respond to Interrogatories.

Dated: May 21, 2003

                                      _____
                                      Parker C. Folse, III
                                      Jonathan M. Shaw
                                      Ian B. Crosby
                                      Edgar G. Sargent
                                      SUSMAN GODFREY L.L.P.
                                      1201 Third Avenue, Suite 3100
                                      Seattle, Washington 98101
                                      Telephone: (206) 516-3880

                                      Stephen D. Susman
                                      James T. Southwick
                                      SUSMAN GODFREY L.L.P.
                                      1000 Louisiana, Suite 5100
                                      Houston, Texas 77002-5096
                                      Telephone: (713) 651-9366

                                      *Attorneys for Be Incorporated*