IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | :<br>:<br>:<br>: MDL DOCKET NO. 1332 |
| This Document Relates To: | : Hon. J. Frederick Motz |
| *Be Incorporated.* v.<br>*Microsoft Corp.*, 1:02 cv02738 | :<br>: |

## NOTICE OF SERVICE OF DISCOVERY

Microsoft Corporation gives notice of service of its Fourth Set of Discovery Requests to Plaintiff Be Incorporated. A copy of the foregoing was served on June 4, 2003 upon the following as indicated:

Via Hand-Delivery:

Ian Crosby
Susman Godfrey LLP
1201 3rd Avenue, Suite 3100
Seattle, WA 98101

Via U.S. Mail:

Stanley M. Chesley
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

James P. Ulwick, Esq.
Kramon & Graham, P.A.
One South Street
Baltimore, MD 21202

Dated: June 5, 2003                    BY: /s/ David B. Tulchin
                                           David B. Tulchin
                                           SULLIVAN & CROMWELL LLP
                                           125 Broad Street
*Of Counsel:*                              New York, New York 10004
                                           (212) 558-4000

Thomas W. Burt                             Michael F. Brockmeyer
Richard J. Wallis                          (Fed. Bar No. 02307)
Richard H. Sauer                           Jeffrey Herschman
MICROSOFT CORPORATION                      (Fed. Bar No. 00101)
One Microsoft Way                          PIPER RUDNICK LLP
Redmond, Washington 98052                  6225 Smith Avenue
(425) 936-8080                             Baltimore, Maryland 21209-3600
                                           (410) 580-3000

Robert A. Rosenfeld
Michael J. Shepard
HELLER EHRMAN WHITE & MCAULIFFE LLP
333 Bush Street
San Francisco, California 94101-2878
(415) 772-6000

Brendan T. Mangan
HELLER EHRMAN WHITE & MCAULIFFE LLP
701 Fifth Avenue
Seattle, Washington 98101
(206) 447-0900

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by United States mail, first class, postage prepaid:

Ian Crosby
Susman Godfrey LLP
1201 3rd Avenue, Suite 3100
Seattle, WA 98101

Stanley M. Chesley
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

James P. Ulwick, Esq.
Kramon & Graham, P.A.
One South Street
Baltimore, MD 21202

_____
Jeffrey D. Herschman