IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br>*Be Incorporated v. Microsoft Corp.*<br><br>Civil Action No. C-02-0837<br>*(N.D. Cal.)*<br><br>Civil Action No. 1:02CV02738 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**NOTICE OF SERVICE OF MICROSOFT CORPORATION'S OPPOSITION TO BE, INCORPORATED'S MOTION TO COMPEL MICROSOFT TO SEARCH EMPLOYEE FILES, EXPLAIN THE ORGANIZATIONAL SCHEME OF ITS PRODUCTION, DISCLOSE DOCUMENT SEARCH TERMS, AND RESPOND TO INTERROGATORIES**

Pursuant to Local Rule 104.8(a), Microsoft hereby gives notice that, on June 5, 2003, counsel for Be Incorporated was served with the following:

- Microsoft Corporation's Opposition to Be Incorporated's Motion to Compel Microsoft To Search Employee Files, Explain The Organizational Scheme Of Its Production, Disclose Document Search Terms, And Respond To Interrogatories;

- Declaration of Martha Dawson in Support of Microsoft Corporation's Opposition to Be Incorporated's Motion to Compel Microsoft To Search Employee Files, Explain The Organizational Scheme Of Its Production, Disclose Document Search Terms, And Respond To Interrogatories

- Declaration of Maura L. Scott in Support of Microsoft Corporation's Opposition to Be Incorporated's Motion to Compel Microsoft To Search Employee Files,

Explain The Organizational Scheme Of Its Production, Disclose Document Search Terms, And Respond To Interrogatories.

A certificate of service is attached hereto.

DATED this ⎿6th⏌ day of June, 2003.

| | |
|---|---|
| Thomas W. Burt<br>Richard J. Wallis<br>Richard H. Sauer<br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052<br>Telephone: (425) 706-8080<br>Fax: (425) 706-7329 | Robert A. Rosenfeld<br>Michael J. Shepard<br>Heller Ehrman White & McAuliffe LLP<br>333 Bush Street<br>San Francisco, CA 94104-2878<br>Telephone: (415) 772-6000<br>Fax: (415) 772-6268 |
| David B. Tulchin<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 | _/s/ Brendan T. Mangan_<br>Brendan T. Mangan<br>Heller Ehrman White & McAuliffe LLP<br>701 Fifth Avenue<br>Seattle, WA 98104<br>Telephone: (206) 447-0900<br>Fax: (206) 447-0849 |

SE 534841 v1
6/6/03 12:39 PM (36548.0010)

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. <br><br> This Document relates to: <br> *Be Incorporated v. Microsoft Corp.* <br><br> Civil Action No. C-02-0837 <br> *(N.D. Cal.)* <br><br> Civil Action No. 1:02CV02738 | MDL Docket No. 1332 <br><br> Hon. J. Frederick Motz |

## DECLARATION OF SERVICE

I, Kristine Dippold, declare as follows:

I am employed in Seattle, King County, Washington; I am over the age of 18 years and not a party to this action. On June 6, 2003, I served the following document and this Declaration or service:

- Notice of Service of Microsoft Corporation's Opposition to Be Incorporated's Motion to Compel Microsoft To Search Employee Files, Explain The Organizational Scheme Of Its Production, Disclose Document Search Terms, And Respond To Interrogatories

upon the following attorneys in the manner set forth below:

<u>Via Hand-Delivery</u>:

Ian Crosby
Susman Godfrey LLP
1201 3rd Avenue, Suite 3100
Seattle, WA 98101

Via U.S. Mail:

Stanley M. Chesley
Waite, Schneider, Bayless; Chesley, L.P.A.
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, L.L.C.P.
1100 New York Avenue NW
West Tower, Suite 599
Washington, DC 20005-3964

John B. Isbister
Tydings & Rosenberg LLP
100 East Pratt Street
Baltimore, MD 21202

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    EXECUTED at Seattle, Washington, this 6th day of June, 2003.

                                                  Kristine Dippold

SE 534850 v1
6/6/03 12:44 PM (36548.0010)