IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Be, Inc. v. Microsoft Corp.*,<br>Case No. 1:02cv02738 | : MDL DOCKET NO. 1332<br>: Hon. J. Frederick Motz<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF DISCOVERY**

Microsoft Corporation gives notice of service of a Subpoena to Google, Inc. A copy of the foregoing discovery document was delivered on May 13, 2003, by personal delivery to:

David Drummond, General Counsel
1501 Salado Drive
Mountain View, California 94043

Dated: June 10, 2003

BY: _____
Michael R. Brockmeyer (Fed. Bar No. 02307)
Jeffrey Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Russell P. Cohen
HELLER EHRMAN WHITE &
 McAULIFFE LLP
333 Bush Street
San Francisco, California  94104

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by United States mail, first class, postage prepaid:

Parker C. Folse, III, Esq.
Ian B. Crosby, Esq.
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington  98101

John B. Isbister, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202

_____
Jeffrey D. Herschman