IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Be, Inc. v. Microsoft Corp.*, No. JFM -02-2738 (N.D. Cal. No. C-02-0837) | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**MOTION TO SHORTEN TIME FOR HEARING OF MOTION TO COMMISSION OFFICER TO ADMINISTER OATH AND TAKE TESTIMONY IN DEPOSITION OF FRANK ARNOLD**

**Time When Movant Seeks Decision on Motion to Shorten Time:** Immediately.

**Title of Underlying Motion:** Motion to Commission Officer to Administer Oath and Take Testimony in Deposition of Frank Arnold

**Time When Movant Seeks Decision on Underying Motion:** Tuesday, June 17, 5:00 p.m.

**Time When Underlying Motion Would Otherwise be Decided:** July 11, 2003.

**Reason for Seeking Consideration on Shortened Time:** The videotaped deposition of Frank Arnold is scheduled to take place on Saturday, June 21, 2003, in Paris, France. Nonrefundable expenses for airfare, hotel accommodations, conference rooms, a court reporter, and videographic technicians have been incurred in relation to this deposition. Microsoft has declined to stipulate to administration

of the oath and taking of testimony by the court reporter Be has retained to conduct the deposition. An immediate order from the court commissioning the court reporter to administer the oath and take testimony in the deposition of Frank Arnold if the court reporter is to administer the oath and take testimony at the deposition as scheduled.

Dated June 16, 2003:

_____
Parker C. Folse, III
Ian B. Crosby
Edgar G. Sargent
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 516-3880

Stephen D. Susman
James T. Southwick
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366

*Attorneys for Be Incorporated*