IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Be, Inc. v. Microsoft Corp.*, No. JFM -02-2738<br>(N.D. Cal. No. C-02-0837) | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**ORDER GRANTING MOTION TO SHORTEN TIME ON MOTION TO COMMISSION OFFICER TO ADMINISTER OATH AND TAKE TESTIMONY IN DEPOSITION OF FRANK ARNOLD**

Be, Inc.'s, Motion to Shorten Time on Motion to Commission Officer to Administer Oath and Take Testimony in Deposition of Frank Arnold is hereby **GRANTED**. The underlying Motion for Commission shall be considered Tuesday, June 17, at 5:00 p.m. Microsoft's opposition to the motion, if any, shall be due by Tuesday, June 17, at 2:00 p.m., and shall be served on Be by facsimile simultaneously with filing with the Court. Be's reply, if any, will be due by Tuesday, June 17, at 4:30 p.m., and shall be served by facsimile on Microsoft simultaneously with filing with the Court.

Dated:

_____
UNITED STATES DISTRICT JUDGE