IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *Be, Inc. v. Microsoft Corp.*, No. JFM -02-2738 (N.D. Cal. No. C-02-0837) | MDL Docket No. 1332 <br> Hon. J. Frederick Motz |

**ERRATA TO MOTION TO COMMISSION OFFICER TO ADMINISTER OATH AND TAKE TESTIMONY IN DEPOSITION OF FRANK ARNOLD**

Due to a substitution, the court reporter for whom Be seeks a commission to administer the oath and take testimony in the deposition of Frank Arnold in Paris, France, on June 21, 2003, is Paul Brincau of Anglo-American Court Reporters, Ltd., 150 Minories, London EC3N 1LS, United Kingdom. As respecting the original nominee, counsel is informed that Mr. Brincau has satisfactorily administered oaths and taken testimony in depositions abroad in numerous U.S. lawsuits.

Dated June 17, 2003:

_____/s/ [Ian B. Crosby]_____
Parker C. Folse, III
Ian B. Crosby
Edgar G. Sargent
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3100
Seattle, Washington 98101
Telephone: (206) 516-3880

Stephen D. Susman
James T. Southwick

SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366

*Attorneys for Be Incorporated*