# APPENDIX A

## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
Suite 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
www.susmangodfrey.com

Suite 950
1880 Century Park East
Los Angeles, California 90067-1804
(310) 789-3100

Suite 4100
901 Main Street
Dallas, Texas 75202-3775
(214) 754-1900

Suite 3100
1201 Third Avenue
Seattle, Washington 98101-3000
(206) 516-3880

James T. Southwick
(DIRECT DIAL (713) 653-7811)

(DIRECT DIAL FAX (713) 654-3373
EMAIL JSOUTHWICK@susmangodfrey.com)

May 22, 2003

**_VIA FACSIMILE & FIRST CLASS MAIL_**
Brendan T. Mangan
Heller Ehrman White & McAuliffe
701 Fifth Avenue, Suite 6100
Seattle, WA 98104

Re: *Be, Inc. v. Microsoft Corporation*

Dear Brendan:

I write in response to your letter of May 21, 2003, regarding Be Europe documents. I have been informed that Be Europe wound up operations circa April 2001. At that time, contracts, financials, payroll records, personnel files, invoices, and other important files and records were gathered and sent to Be's offices in the United States. This shipment comprised about eight boxes, the responsive contents of which have been produced to you. Copies of some of these files, such as accounting, invoice, and payroll, were retained in France to the extent required by French law. Be Europe's computers were sold at the close of operations, and their contents were not retained. Be does not possess any other documents from Be Europe or concerning Fujitsu that have not been produced to you, except to the extent such documents may be contained in the electronic files Be is in the process of producing. We estimate that the number of such files will be very small, and we will identify them to you when they are produced.

Very truly yours,

*/s/ James T. Southwick*

James T. Southwick

526194v1/005916

FILE COPY