IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Be, Inc. v. Microsoft Corp.*, No. JFM -02-2738 (N.D. Cal. No. C-02-0837) | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**ORDER GRANTING MOTION TO COMMISSION OFFICER TO ADMINISTER OATH AND TAKE TESTIMONY IN DEPOSITION OF FRANK ARNOLD**

Be, Inc.'s, Motion to Commission Officer to Administer Oath and Take Testimony in Deposition of Frank Arnold is hereby **GRANTED**, *nunc pro tunc* as necessary. Pursuant to Fed. R. Civ. P. 28(b), Paul Brincau of Anglo-American Court Reporters, Ltd., 150 Minories, London EC3N 1LS, United Kingdom, or such other qualified court reporter as may be selected by Be to replace him in the event of his unavailability, is hereby commissioned to administer the oath and take testimony in the above referenced deposition on June 21, 2003, or on such other date to which the parties may mutually agree.

Dated:

_____
UNITED STATES DISTRICT JUDGE