IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP. ANTITRUST
LITIGATION

MDL Docket No. 1332
Hon. J. Frederick Motz

This Document Relates to

*Be, Inc. v. Microsoft Corp.*, No. JFM -02-2738
(N.D. Cal. No. C-02-0837)

### ORDER GRANTING MOTION TO COMMISSION OFFICER TO ADMINISTER OATH AND TAKE TESTIMONY IN DEPOSITION OF FRANK ARNOLD

Be, Inc.'s, Motion to Commission Officer to Administer Oath and Take Testimony in Deposition of Frank Arnold is hereby **GRANTED**, *nunc pro tunc* as necessary. Pursuant to Fed R. Civ. P. 28(b), Paul Brincau of Anglo-American Court Reporters, Ltd., 150 Minories, London EC3N 1LS, United Kingdom, or such other qualified court reporter as may be selected by Be to replace him in the event of his unavailability, is hereby commissioned to administer the oath and take testimony in the above referenced deposition on June 21, 2003, or on such other date to which the parties may mutually agree.

Dated: June 17, 2003

_____
UNITED STATES DISTRICT JUDGE