IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br>*Be Incorporated v. Microsoft Corp.*<br><br>Civil Action No. C-02-0837<br>*(N.D. Cal.)*<br><br>Civil Action No. 1:02CV02738 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**STIPULATION AND ORDER**

**DISMISSING ACTION WITH PREJUDICE**

I.   **STIPULATION**

Plaintiff Be Incorporated ("Be") and defendant Microsoft Corporation hereby stipulate to the dismissal with prejudice of Be's complaint in the above-captioned action, as provided for by a settlement agreement between them. Each party will bear its own costs and expenses.

DATED this 9th day of September, 2003.

SUSMAN GODFREY

By _____
Parker C. Folse III
Ian B. Crosby
Attorneys for Be Incorporated

Thomas W. Burt
Richard J. Wallis
Richard H. Sauer
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
Telephone: (425) 706-8080
Facsimile: (425) 706-7329

David B. Tulchin
Sullivan & Cromwell
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Michael Brockmeyer
Jeffrey Herschman
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
Telephone: (410) 580-3000
Facsimile: (410) 580-3001

Robert A. Rosenfeld
Michael J. Shepard
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Brendan T. Mangan
Heller Ehrman White & McAuliffe LLP
701 Fifth Avenue
Seattle, WA 98104
Telephone: (206) 447-0900
Facsimile: (206) 447-0849



Counsel for Defendant Microsoft Corporation

## II. ORDER

Based upon the above Stipulation, Be's complaint in the above-captioned civil action is hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs and expenses.

DATED this ___ day of _____, 2003.

HON. J. FREDERICK MOTZ

2